THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN D. COOKE and FREDERICK SCHNEPF, Appellants.

Submitted July 8, 1955; decided July 8, 1955.

*John P. Sweeny* for motions.

*Frank S. Hogan, District Attorney,* for the People of the State of New York.

Motions granted and case set down for argument during the November, 1955, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL DU BYK, Appellant.

Submitted July 8, 1955; decided July 8, 1955.